```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                         Criminal No. 09-cr-09-01-JD

Joseph Delgado


O R D E R

The assented to motion to reschedule jury trial (document no. 16) filed by defendant is granted.  Trial as to co-defendant Erick Wanzo is also continued unless an objection is filed by March 10, 2009.

Defendant Delgado shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                ***Joseph A. DiClerico, Jr.***
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: March 6, 2009

cc:   Michael Ramsdell, Esq.
      Michael Sheehan, Esq.
      Terry Ollila, Esq.
      U.S. Marshal
      U.S. Probation