UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                        Criminal No. 09-cr-09-JD

<u>Joseph Delgado, et al.</u>

<u>O R D E R</u>

    The Clerk shall reassign this case to another judge as I have, on this date, retained a member of the firm of Orr & Reno to represent me in a personal matter.

    SO ORDERED.

                                                     Joseph A. DiClerico, Jr.
                                                     United States District Judge

Date:  May 6, 2009

cc:  Terry L. Ollila, Esquire
     Michael D. Ramsdell, Esquire
     Michael J. Sheehan, Esquire