UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

v.                  Case No. 09-cr-9-01-SM

<u>Joseph Delgado</u>

## O R D E R

Defendant's assented-to motion to continue the trial (document no. 22) is granted. Trial has been rescheduled for the September 2009 trial period.  Defendant shall file a Waiver of Speedy Trial Rights not later than July 27, 2009. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account  the exercise of due diligence under the circumstances.

Final Pretrial Conference:        September 9, 2009 at 2:30 PM

Jury Selection:            September 15, 2009  at 9:30 AM

SO ORDERED.

July 17, 2009            _____
                         Steven J. McAuliffe
                         Chief  Judge


cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal